United States District Court
District of Connecticut
FILED AT BRIDGEPORT

January 25th, 20 23

By /s/ Tatihana Murphy
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

ALEXANDRE BEAUDRY,

  a/k/a AlpraKing
  a/k/a BenzoChems
  a/k/a Quantik
  a/k/a QuantikXanax
  a/k/a Montfort
  a/k/a Exilus
  a/k/a Evolyx

Case No. 3:22-CR-31 (VAB)

January 25, 2023

## APPLICATION FOR UNSEALING OF SUPERSEDING INDICTMENT

The United States, through its attorney Patrick J. Doherty, moves the Court for an order to UNSEAL the sealed Superseding Indictment in the above-captioned matter.

The United States files this application where the above-named defendant is currently outside the jurisdictional reach of United States law enforcement but has been apprehended by foreign law enforcement and is pending extradition to the United States.

Pursuant to Local Rule 57, the United States has reviewed the Superseding Indictment and the facts justifying the sealing of the Superseding Indictment no longer apply and no longer outweigh the public's interest in access to Superseding Indictment.

WHEREFORE, the United States respectfully requests that the Court order that the Superseding Indictment in the above-captioned matter be UNSEALED.

> VANESSA ROBERTS AVERY
> UNITED STATES ATTORNEY
>
> ___/s/_____
> PATRICK J. DOHERTY
> ASSISTANT U.S. ATTORNEY
> Federal Bar No. PHV10400
> 1000 Lafayette Blvd., 10th Fl.
> Bridgeport, Connecticut 06604